IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

BO-RU, LLC, a West Virginia
Limited Liability Company,

    Plaintiff,

v.   Civil Action No.: 20-cv - 2:20-cv-306

E.C. SOURCE SERVICES, LLC, a
Florida Limited Liability Company,
and MASTEC, INC., a Florida Corporation,

    Defendants.

# Notice of Removal

Now comes Defendants, E.C. Source Services, LLC and MasTec, Inc., by counsel, Bowles Rice LLP, ("Defendants"), and pursuant to 28 U.S.C. § 1446 gives notice of the removal of the above-styled action from the Circuit Court of Kanawha County to the United States District Court for the Southern District of West Virginia at Charleston. As grounds for removal, Defendants represent as follows:

### I.    Introduction

Defendants were named in a Complaint filed in the Circuit Court of Kanawha County, West Virginia, on or about February 27, 2020, bearing Civil Action No. 20-C-188. E.C. Source Services, LLC was served on April 1, 2020 and MasTec, Inc. was served on April 2, 2020. A certified copy of Kanawha County Circuit Court docket sheet and a "copy of all process, pleadings, and orders served upon . . . defendant" is attached hereto. 28 U.S.C. § 1446(a); s*ee* Exhibit 1 (Certified Docket Sheet) and Exhibit 2 (Summons and Complaint). The Complaint contains six counts all relating to allegations that the Defendants breached an equipment lease

agreement. Plaintiff is seeking actual and consequential damages as a result of the Defendants' alleged breach of the lease agreement. *See* Exhibit 2, Pl.'s Compl. at ¶¶ 12, 16, 20, 23, 30 and 37. Further, Plaintiff alleged that "[t]he monthly rental rate established in the lease was $60,000.00 per month" and that Defendants "breached the contract by refusing to pay the last four months of the payments due under the lease." *Id.* at ¶¶ 6 and 11.

## II.     Legal Authority

According to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending." The original jurisdiction of this Court includes "all civil actions where the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs . . . and is between . . . citizens of different States[.]" 28 U.S.C. § 1332(a)(1).

## III.     Basis for Removal

**A.     There is diversity of citizenship among the parties.**

This is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and may be removed by Defendants pursuant to the provisions of 28 U.S.C. § 1441, because there is complete diversity as to all parties. In the Complaint, Plaintiff asserts that it "is a West Virginia Limited Liability Company with its principal place of business located in Charleston, Kanawha County, West Virginia." *See* Exhibit 2 at ¶ 1. Plaintiff further asserts that E.C. Source Services, LLC "is a Florida Limited Liability Company with its principal place of business in Coral Gables Florida with affairs in Kanawha County, West Virginia." *Id.* at ¶ 2. Plaintiff asserts that MasTec, Inc. "is a Florida Corporation with its principal place of business

in Coral Gables Florida with affairs in Kanawha County, West Virginia." *Id.* at ¶ 3. Accordingly, Plaintiff and Defendants are "citizens of different states," as required by 28 U.S.C. § 1332(a)(1).

**B.     The matter in controversy exceeds $75,000.**

Although Plaintiff has not specified a specific dollar amount in damages, the allegations in its Complaint indicate that they are seeking damages of at least $240,000.00 in alleged unpaid lease payments. *See* Exhibit 2 at ¶¶ 6 and 11. As such, the alleged damages are valued well over the $75,000 jurisdictional amount.

**C.     Removal is timely.**

This Notice of Removal is timely filed under 28 U.S.C. §1446(b), because no more than thirty (30) days have passed since Defendants were served with the Complaint.

### IV.     Conclusion

For the reasons stated above, and pursuant to 28 U.S.C. § 1446, Defendants give notice of the removal of the above-styled action from the Circuit Court of Kanawha County to the United States District Court for the Southern District of West Virginia at Charleston. As required under 28 U.S.C. § 1446(d), Defendants are providing this Notice to Plaintiff as set forth in the accompanying Certificate of Service and filing a copy of this Notice with the clerk of the Circuit Court of Kanawha County.

E.C. SOURCE SERVICES, LLC, a Florida Limited Liability Company, and MASTEC, INC.,

By Counsel,

*/s/ J. Mark Adkins*
J. Mark Adkins (WVSB # 7414)
Zachary J. Rosencrance (WVSB #13040)
BOWLES RICE LLP
600 Quarrier Street (25301)
Charleston, West Virginia 25325-1386
Telephone: (304) 347-1100
Facsimile: (304) 347-1756
madkins@bowlesrice.com
zrosencrance@bowlesrice.com

4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

BO-RU, LLC, a West Virginia
Limited Liability Company,

    Plaintiff,

v.                                        Civil Action No.: 20-cv - 2:20-cv-306

E.C. SOURCE SERVICES, LLC, a
Florida Limited Liability Company,
and MASTEC, INC., a Florida Corporation,

    Defendants.

## Certificate of Service

    I, J. Mark Adkins, do hereby certify that on this 30th day of April 2020, the foregoing *Notice of Removal* was served via the Court's ECF system and by United States mail to all counsel of record.

        Shannon M. Bland, Esquire
        BLAND & BLAND L.C.
        1550 Kanawha Boulevard, East
        Charleston, West Virginia 25311
        *Counsel for Plaintiff*

                                        */s/ J. Mark Adkins*
                                        J. Mark Adkins (WVSB# 7414)