IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

BO-RU, LLC, a West Virginia
limited liability company,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　Civil Action No.: 2:20-cv-00306
　　　　　　　　　　　　　　　　　　　　　　　　Judge Joseph R. Goodwin

E.C. SOURCE SERVICES, LLC, a
Florida limited liability company.

    Defendant.

## **AGREED DISMISSAL ORDER**

        Plaintiff, Bo-Ru, LLC and Defendant, E.C. Source Services, LLC (collectively, the "Parties"), by counsel, announced to this Court that the claims between the Parties have been settled and compromised, and that all claims that were asserted or could have been asserted against the Parties in Civil Action No. 2:20-cv-00306 have been resolved. Based upon this settlement and compromise, the Parties jointly move this Court to dismiss all claims, with prejudice.

        Accordingly, this Court hereby grants said motion, and it is, therefore, **ORDERED** that the claims asserted by Plaintiff against Defendant and the claims asserted by Defendant against Plaintiff are hereby dismissed, with prejudice, and that each party shall bear its own costs of suit and attorneys' fees.

        There being nothing further, this Court does **ORDER** that the above-styled action be **DISMISSED** and **STRICKEN** from the docket of this Court.

ENTERED this  11th  day of  February            , 2022.

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

Agreed to by:

/s/ J. Mark Adkins
J. Mark Adkins (WVSB #7414)
Zachary J. Rosencrance (WVSB #13040)
BOWLES RICE LLP
600 Quarrier Street (25301)
Post Office Box 1386
Charleston, West Virginia 25325-1386
(304) 347-1100
Fax:  (304) 347-1756
madkins@bowlesrice.com
zrosencrance@bowlesrice.com
*Counsel for E.C. Source Services, LLC*

And

/s/ *Shannon M. Bland*
Shannon M. Bland (WVSB #5693)
BLAND & BLAND, L.C.
1550 Kanawha Blvd., E.
Charleston, West Virginia 25311
(304) 344-3691
sbland@bland-law.com
*Counsel for Bo-Ru, LLC*

13369159.1